Tracy Weldon BOSLEY, Plaintiff-
Appellant,

v.

Carl C. HOCKER, Warden, Defendant-
Appellee.

No. 26052.

United States Court of Appeals,
Ninth Circuit.

June 20, 1972.

Rehearing Denied July 13, 1972.

Tracy Weldon Bosley, in pro. per.

Harvey Dickerson, Atty. Gen., Carson
City, Nev., for defendant-appellee.

Before KOELSCH and ELY, Circuit
Judges, and TURRENTINE, District
Judge.*

PER CURIAM:

The issues presented upon this appeal
are identical to those which were recent-
ly resolved by our court in Mathis v.
Hocker, 459 F.2d 988 (9th Cir. 1972).
We are bound by that decision (see Etch-
everry v. United States, 320 F.2d 873,
874 (9th Cir. 1963)); hence, the judg-
ment of the District Court in this case
is

Affirmed.

ELY, Circuit Judge (concurring):

Under the compulsion of *Mathis*, I
concur in the result. At the same time,
however, I record my disagreement with
the *Mathis* result and with some of the
reasoning that produced it.

Anthony MAGRO, Plaintiff,

Margaret Magro, individually and on be-
half of her minor child Antonia Magro,
Plaintiff-Appellant,

v.

LENTINI BROS. MOVING AND STOR-
AGE CO., Inc., Defendant-Appellee,

Louis J. Lefkowitz, Attorney General of
the State of New York, Intervenor-
Appellee.

No. 438, Docket 71-1990.

United States Court of Appeals,
Second Circuit.

Argued Jan. 11, 1972.

Decided Feb. 15, 1972.

Certiorari Denied May 30, 1972.
See 92 S.Ct. 2074.

Jeffrey G. Stark, New York City
(MFY Legal Services, Inc., New York
City, on the brief), for plaintiff-appel-
lant.

Marshall G. Kaplan, Brooklyn, N. Y.,
for defendant-appellee.

A. Seth Greenwald, Asst. Atty. Gen.,
New York City (Louis J. Lefkowitz,
Atty. Gen. of State of New York, and
Samuel A. Hirshowitz, First Asst. Atty.
Gen., New York City, on the brief), for
intervenor-appellee.

Before MEDINA, KAUFMAN and
TIMBERS, Circuit Judges.

PER CURIAM:

We affirm on the reported opinion of
Chief Judge Mishler below, 338 F.Supp.
464.

---

* Honorable Howard B. Turrentine, United States District Judge, San Diego, California, sitting
by designation.